| LAURA CURRAN<br>County Executive |  | JARED A. KASSCHAU<br>County Attorney |
|---|---|---|

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

Writer's Telephone: (516) 571-3931
Writer's E-Mail: ctauster@nassaucountyny.gov

March 1, 2021

**Via ECF**
Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                                                    Re:    *Cardoza v. County of Nassau, et.al.*
                                                                Docket No. 2:19-CV-2416 (SJF)(AYS)

Dear Judge Feuerstein,

      The Office of the Nassau County Attorney represents Defendants County of Nassau, Nassau County Police Department, Police Officer Joseph Strossenreuther, and Police Officer James Sporing (hereinafter collectively referred to as the "County Defendants"), in the above-referenced matter.

      Counsel for the Plaintiff, Stephen Civardi, Esq., and I are pleased to report that the parties have entered into a global settlement in connection with the above-referenced matter. At present, the parties have executed the settlement paperwork and undersigned has begun processing the settlement for issuance of the settlement payment.

      Therefore, the undersigned respectfully request that this matter be stayed pending the issuance of the settlement payment. Upon the issuance of the settlement payment, the undersigned will file a stipulation and order of dismissal for the Court's review and approval.

      I thank the Court for its continued courtesies.

                                                                                   Respectfully submitted,

                                                                                   *Callan Wright Tauster*
                                                                                   Callan Wright Tauster
                                                                                  Deputy County Attorney

Enc.
CC:    Stephen Civardi, Esq., Attorney for Plaintiff *(Via ECF)*