UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X  2:19-CV-02416
WILLIAM CARDOZA,                                                      (SJF)(AYS)
                        Plaintiffs,
        -against-                                                     **STIPULATION AND**
                                                                      **ORDER OF DISMISSAL**
COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER JOSEPH
STROSSENREUTHER, and POLICE OFFICER JAMES
SPORING,
                        Defendants.
-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between the undersigned the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that all claims and cross-claims asserted are hereby discontinued with prejudice against Defendants COUNTY OF NASSAU and NASSAU COUNTY POLICE DEPARTMENT, without costs to any party as against the other.

Dated: February 26th, 2021
Freeport, New York

CIVARDI & OBIOL, P.C.,

By: _____
Stephen Civardi, Esq.
Attorneys for Plaintiff
23 South Main St., Ste. 30
Freeport, New York 11520
(516) 678-9797

Dated: February 26, 2021
Mineola, New York

JARED A. KASSCHAU
Nassau County Attorney

By: _____
Callan W. Tauster
Deputy County Attorney
One West Street
Mineola, New York 11501
(516) 571-3931

SO ORDERED:

_____
Hon. Sandra J. Feuerstein
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   2:19-CV-02416
WILLIAM CARDOZA,                                                   (SJF)(AYS)

                    Plaintiffs,

-against-                                                          **STIPULATION AND ORDER OF DISMISSAL AS TO THE INDIVIDUALLY NAMED DEFENDANTS**

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER JOSEPH
STROSSENREUTHER, and POLICE OFFICER JAMES
SPORING,

                    Defendants.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice against defendants Police Officer Joseph Strossenreuther and Police Officer James Sporing, without costs or attorneys' fees to any party.

Dated: February 26, 2021                      Dated: February 26, 2021
       Freeport, New York                           Mineola, New York

CIVARDI & OBIOL, P.C.,                     JARED A. KASSCHAU
                                               Nassau County Attorney

By: _____                By: _____
Stephen Civardi, Esq.                           Callan W. Tauster
Attorneys for Plaintiff                        Deputy County Attorney
23 South Main St., Ste. 30                 One West Street
Freeport, New York 11520                Mineola, New York 11501
(516) 678-9797                                   (516) 571-3931

                                               SO ORDERED:

                                               _____
                                               Hon. Sandra J. Feuerstein
                                               United States District Judge